Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Frank Laydon. No opinion. Judgment of conviction of the County Court of Kings county affirmed. See, also, 156 App. Div. 909, 141 N. Y. Supp. 1138.

PEOPLE, Respondent, v. LOORGE, Appellant. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Proceeding by the People of the State of New York against Solomon H. Loorge. M. Brown, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 141 N. Y. Supp. 1138.

PEOPLE, Respondent, v. MARKLE, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Proceeding by the People of the State of New York against John Markle. No opinion. Judgment of conviction of County Court of Sullivan county affirmed.

PEOPLE, Respondent, v. MUNGER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Lena Munger. No opinion. Judgment of conviction of the Court of Special Sessions affirmed. See, also, 156 App. Div. 916, 141 N. Y. Supp. 1139.

PEOPLE, Respondent, v. NADEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Louis Nadel, impleaded with others. C. L. Jordan, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 155 App. Div. 937, 140 N. Y. Supp. 1136.

PEOPLE v. O'DAY. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Proceeding by the People of the State of New York against Daniel O'Day. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. QUALEY, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against John A. Qualey. A. H. Evans, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. RIZZO, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Donato Rizzo. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. ROMANO et al., Appellants. (Supreme Court, Appellate Divi-

sion, Second Department. June 27, 1913.) Proceeding by the People of the State of New York against Santo Romano and another. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE v. ROSE et al. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Mae Rose and others. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. SALAVANNO, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Alexander Salavanno. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Charles Salomon. C. L. Jordan, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. SCHNEIDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against Barausch Schneider and others. No opinion. Appeal dismissed by default, and stay vacated. See, also, 141 N. Y. Supp. 1140; 142 N. Y. Supp. 1136.

PEOPLE v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. June 13, 1913.). Proceeding by the People of the State of New York against Barausch (or Baruch) Schneider and others.

PER CURIAM. Motion to open default granted, on condition that defendants' perfect their appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion denied. Motion for stay denied, unless defendants file a bond to secure the judgment. See, also, 142 N. Y. Supp. 1136.

PEOPLE v. SCHULE. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Proceeding by the People of the State of New York against Alfred Schule. No opinion. Motion granted; time extended to August 1st. Settle order on notice.

PEOPLE, Respondent, v. SHULSE, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Frank Shulse. No opinion. Motion to dismiss appeal granted.

PEOPLE v. SILVERSTEIN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Proceeding by the People of